# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DAVID LEON LASHLEY,**

    *Petitioner*,

v.                             Case No.: 1:20cv248-MW/HTC

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 24, and has also reviewed *de novo* Petitioner's objections, ECF No. 25.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 24, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction in *State v. Lashley*, 2012-CF-874, in the Eighth Judicial Circuit, in and for Alachua County, Florida, is **DENIED** without an evidentiary hearing."

A certificate of appealability is **DENIED**. The Clerk shall close the file.

    **SO ORDERED on February 7, 2023.**

                                           **s/Mark E. Walker**
                                           **Chief United States District Judge**